Filed 7/9/26  P. v. Townsend CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>RICKY TOWNSEND,<br><br>    Defendant and Appellant. | 2d Crim. No. B351396<br>(Super. Ct. No. 25PT-00759)<br>(San Luis Obispo County) |

　　　　Ricky Townsend appeals the trial court's order committing him to the State Department of State Hospitals as an Offender with a Mental Health Disorder (OMHD).  (Pen. Code,[1]  § 2960 et seq.)  We dismiss the appeal.

FACTS AND PROCEDURAL HISTORY

　　　　In 2023, Townsend was sentenced to two years in state prison.  Before his release, Townsend appeared before the Board of Parole Hearings, which determined that he met the criteria under section 2962 for initial commitment.  He filed a section

---

[1] Further unspecified statutory references are to the Penal Code.

2966, subdivision (b) petition contesting that determination, and subsequently waived his right to a jury trial. The court held a bench trial, denied his petition, and ordered Townsend to be committed to the State Hospital for treatment.

## DISCUSSION

Townsend's counsel on appeal has filed an opening brief asking this court to conduct an independent review of the record under *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*). Counsel set forth the statement of the case and a summary of the facts and procedural history and raised no specific issues on appeal. Townsend was informed of his right to file a supplemental brief. He has not done so.

Because this appeal is from an OMHD commitment proceeding rather than a first appeal as of right from a criminal conviction, Townsend is not entitled to our independent review of the record pursuant to *Wende, supra,* 25 Cal.3d 436. (*People v. Taylor* (2008) 160 Cal.App.4th 304, 307–308, 312; see also *Conservatorship of Ben C.* (2007) 40 Cal.4th 529, 537–539.) As Townsend has not filed a supplemental brief, we will dismiss the appeal without conducting an independent review of the record. (*Taylor*, at p. 313.)

## DISPOSITION

The appeal is dismissed.

NOT TO BE PUBLISHED.


BALTODANO, J.

We concur:


YEGAN, Acting P. J.          CODY, J.

2

Michael S. Frye, Judge

Superior Court County of San Luis Obispo

_____

Kree D. Filer, under appointment by the Court of Appeal,
for Defendant and Appellant.

No appearance for Plaintiff and Respondent.